IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IZEAR KEGLER,<br><br>    Petitioner,<br><br>    vs.<br><br>JAMES D. HARTLEY,<br><br>    Respondent. | 1:08-CV-0408-LJO WMW HC<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR STAY<br><br>[Doc. 8]<br><br>ORDER DECLINING TO ENTER DEFAULT<br><br>[Doc. 10] |

Petitioner is a state prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254. On May 28, 2008, Respondent filed a request for a stay pending issuance of the mandate in <u>Hayward v. Marshall</u>, Ninth Circuit Court of Appeals number 06-55392. Petitioner filed an opposition to the motion on June 16, 2008.

As Respondent explains in his motion, the issues to be addressed by the Ninth Circuit in <u>Hayward</u> include whether California has created a federally protected liberty interest in parole for life inmates, and if a liberty interest is created, what process is due under clearly established Supreme Court authority. The decision on these issue will have a direct impact

on the present case. Accordingly, good cause appearing, Respondent's request is HEREBY GRANTED. This case is STAYED pending issuance of the mandate in <u>Hayward v. Marshall</u>, now pending before the Ninth Circuit. Respondent is DIRECTED to immediately inform the court upon the issuance of the mandate.

On August 20, 2008, Petitioner filed an affidavit, requesting that the court enter default in this case. In light of the pendency of the motion for a stay, the court declines to enter default.

IT IS SO ORDERED.

**Dated:   August 26, 2008**                     **/s/  William M. Wunderlich**
                                                                    UNITED STATES MAGISTRATE JUDGE

2